THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
William C. Hilliard, Jr.,       
Appellant.
 
 
 

Appeal From Orangeburg County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-340
Submitted February 20, 2003  Filed 
 May 20, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Walter M. Bailey, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM: William C. Hilliard, Jr., was 
 convicted of possession with the intent to distribute marijuana, cocaine, and, 
 crack cocaine.  He appeals, arguing the trial court erred by preventing defense 
 counsel from introducing business records to corroborate testimony that he did 
 not live at the address where he was charged with possession of the drugs.  
 After a thorough review of the record and counsels brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss [1] Hilliards appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and STILWELL, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.